# PD-1490-15

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

THE STATE OF TEXAS,                    §

VS.                                    §        APPEAL NO. 01-15-00096-CR

JAMES WILLS BEN,                       §

FILED IN
COURT OF CRIMINAL APPEALS

NOV 18 2015

Abel Acosta, Clerk

## APPELLANT'S FIRST MOTION FOR A SIXTY DAY EXTENSION OF TIME
## TO FILE HIS PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, JAMES WILLS BEN, Appellant herein now proceeding pro se and in support of this motion will show this Honorable Court the following:

I.

The Honorable First District Court of Appeals rendered its opinion in this case on October 22, 2015. Therefore, Appellant's PDR is presently due to be filed on or before November 21, 2015. Appellant had been represented by court appointed attorney, Thomas A. Martin. His representation was concluded with the court issuing there opinion. Applicant has no formal training in the law, in fact he has a below average IQ. At this time Appellant is on a unit that has no ground floor access to the law library. Appellant is forced to use a cane to walk with and wear special medical shoes, as such he can not climb stairs.

The law library on this unit is on the second floor to obtain access a prisoner must climb the stairs. Therefore, Appellant's ability to conduct reseaech is severally limited at its best. The Doctor on this unit just last recommended Appellant to be transferred to a ground floor unit. Appellant needs this extra time to do research so he can file a well researched and well written PDR. If this motion is granted Appellant's brief will be due to be filed on or before December 21, 2015.

1

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grant this motion for a sixty day extension of time thereby making Appellant's PDR due to be filed on or before December 21, 2015.

Respectfully submitted,

*James Wills Ben*
James Wills Ben #543889
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Texas 77515

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of this motion has been sent to the Criminal District Attorney addressed to: Devon Anderson, 1201 Franklin, Suite 600, Houston, Texas 77002, by placing a true and correct copy in the U.S. Mail postage prepaid on this __7th__ day of November, 2015.

*James Wills Ben*
James Wills Ben

2